[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 12-12443
Non-Argument Calendar
_____

D.C. Docket No. 0:12-cr-60008-WPD-1

UNITED STATES OF AMERICA,

Petitioner-Appellee,

versus

ELISEO CRUZ,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

(December 14, 2012)

Before HULL, PRYOR and MARTIN, Circuit Judges.

PER CURIAM:

Robin J. Farnsworth, on behalf of Michael Caruso, Interim Federal Public

Defender and appointed counsel for Eliseo Cruz, has filed a motion to withdraw on

appeal, supported by a brief prepared pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Cruz's conviction and sentence are **AFFIRMED.**